Exhibit "A"

B186

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AUG 24 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21- 355 |
| | ) | |
| v. | ) | (21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), |
| | ) | 841(b)(1)(C), and 846; |
| DEREK HILLEBRAND | ) | 18 U.S.C. §§ 922(g)(1) and 1956(h)) |
| GEORGE CHARLAN | ) | |
| YUSUF ADEKUNLE | ) | |
| MARCO ARMENTA | ) | |
| SILVIA AYALA | ) | **[UNDER SEAL]** |
| FRANCISCO BARBA | ) | |
| AMY BORTOT | ) | |
| BRANDON CODER | ) | |
| TERRENCE DOUGHERTY | ) | |
| DARREN DOUGLAS | ) | |
| MARCO GALVEZ | ) | |
| CHAD GASBARRE | ) | |
| DANIELLE GILLAM | ) | |
| KENNETH GILLAM | ) | |
| MORGAN GREGORY | ) | |
| DARRYL ISAACS | ) | |
| KRISTY LEPIONKA | ) | |
| CHRISTIAN MALDONADO | ) | |
| LISANDRA MALDONADO | ) | |
| ABEL PEREZ | ) | |
| JEFFREY PETERS | ) | |
| MEGAN PYNE | ) | |
| ARMANDO RAZO JR., | ) | |
| a/k/a ARMADO RAZO JR. | ) | |
| CHRISTOPHER ROBERTSON | ) | |
| BRENTON RYANS | ) | |
| RYAN SCHOENING | ) | |
| BRENT SHAFFER | ) | |
| CHRISTINA SHAFFER | ) | |
| MELVIN SHELANDER | ) | |
| DARNELL SMITH | ) | |
| TAYLOR THOMAS | ) | |
| JUAN VILLAGRAN | ) | |
| JOSE VILLALOBOS | ) | |
| JAMES WHITE | ) | |
| JAMES WILLIAMS JR. | ) | |
| TRAVIS WILLIAMS | ) | |
| JUSTIN ZERUTH | ) | |

## INDICTMENT

## COUNT ONE

The grand jury charges:

From in and around July 2020, and continuing thereafter to in and around August 2021, in the Western District of Pennsylvania and elsewhere, the defendants, DEREK HILLEBRAND, GEORGE CHARLAN, YUSUF ADEKUNLE, MARCO ARMENTA, SILVIA AYALA, FRANCISCO BARBA, AMY BORTOT, BRANDON CODER, TERRENCE DOUGHERTY, DARREN DOUGLAS, MARCO GALVEZ, CHAD GASBARRE, DANIELLE GILLAM, KENNETH GILLAM, MORGAN GREGORY, DARRYL ISAACS, KRISTY LEPIONKA, CHRISTIAN MALDONADO, LISANDRA MALDONADO, ABEL PEREZ, JEFFREY PETERS, MEGAN PYNE, ARMANDO RAZO JR., a/k/a ARMADO RAZO JR., CHRISTOPHER ROBERTSON, BRENTON RYANS, RYAN SCHOENING, BRENT SHAFFER, CHRISTINA SHAFFER, MELVIN SHELANDER, DARNELL SMITH, TAYLOR THOMAS, JUAN VILLAGRAN, JOSE VILLALOBOS, JAMES WHITE, JAMES WILLIAMS JR., TRAVIS WILLIAMS, and JUSTIN ZERUTH, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to possess with intent to distribute and distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(ii), and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

In violation of Title 21, United States Code, Section 846.

## **COUNT TWO**

The grand jury further charges:

From in and around July 2020, and continuing thereafter to in and around August 2021, in the Western District of Pennsylvania and elsewhere, the defendants, DEREK HILLEBRAND, GEORGE CHARLAN, SILVIA AYALA, FRANCISCO BARBA, BRANDON CODER, KRISTY LEPIONKA, CHRISTIAN MALDONADO, LISANDRA MALDONADO, BRENTON RYANS, RYAN SCHOENING, DARNELL SMITH, TAYLOR THOMAS, and CHRISTINA SHAFFER, did knowingly, intentionally and unlawfully conspire with one another, and with persons both known and unknown to the grand jury, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce involving property representing the proceeds of a specified unlawful activity, that is, illegal drug trafficking in violation of 21 U.S.C. §§ 841 and 846, with the intent to promote the carrying on of the specified unlawful activity, and knowing that the transactions were designed, in whole or in part, to conceal and disguise the nature, location, source, ownership and control of the proceeds of the specified unlawful activity, contrary to the provisions of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

In violation of Title 18, United States Code, Section 1956(h).

4

## **COUNT THREE**

The grand jury further charges:

On or about October 8, 2020, in the Western District of Pennsylvania, the defendant, MORGAN GREGORY, did knowingly, intentionally and unlawfully possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

5

## COUNT FOUR

The grand jury further charges:

On or about April 6, 2021, in the Western District of Pennsylvania, the defendant, JEFFREY PETERS, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

6

## COUNT FIVE

The grand jury further charges:

On or about May 24, 2021, in the Western District of Pennsylvania, the defendant, JUSTIN ZERUTH, knowing he had previously been convicted of the following crimes, each of which is punishable by imprisonment for a term exceeding one year, namely:

   1) Conspiracy to Commit Criminal Trespass, on or about October 6, 2006, at case number CP-48-CR-0003044-2006, in the Court of Common Pleas, County of Northampton, Commonwealth of Pennsylvania; and

   2) Possession With Intent to Deliver a Controlled Substance, on or about October 13, 2016, at case number CP-17-CR-348-2016, in the Court of Common Pleas, County of Clearfield, Commonwealth of Pennsylvania;

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, namely:

     a. a Smith and Wesson M&P Body Guard .380 pistol, bearing serial number KTF5190; and

     b. .380 Auto Smith and Wesson ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT SIX**

The grand jury further charges:

On or about July 20, 2021, in the Western District of Pennsylvania, the defendant, CHRISTINA SHAFFER, did knowingly, intentionally and unlawfully possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

**NOTICE OF SPECIAL FINDINGS**

The grand jury further finds:

1.     As to Count One, the defendant, RYAN SCHOENING:

(a)     was previously convicted on or about January 5, 2010, in the Criminal Division of the Armstrong County Court of Common Pleas, Commonwealth of Pennsylvania, at Docket Number CP-03-CR-0000214-2009, of Delivery, Manufacture, or Possession with Intent to Deliver or Manufacture a Controlled Substance, in violation of 35 P.S. § 780-113 § (a)(30);

(b)     served a term of imprisonment of more than twelve months for the offense described in Subparagraph 1(a); and

(c)     was released from any term of imprisonment for the offense described in Subparagraph 1(a) within fifteen years of the commencement of the offense charged in Count One.

2.     As to Count One, the defendant, DARRYL ISAACS:

(a)     was previously convicted on or about May 6, 2010, in the Criminal Division of the Jefferson County Court of Common Pleas, Commonwealth of Pennsylvania, at Docket Number CP-33-CR-0000413-2009, of Delivery, Manufacture, or Possession with Intent to Deliver or Manufacture a Controlled Substance, in violation of 35 P.S. § 780-113 § (a)(30);

(b)     served a term of imprisonment of more than twelve months for the offense described in Subparagraph 2(a); and

(c)     was released from any term of imprisonment for the offense described in Subparagraph 2(a) within fifteen years of the commencement of the offense charged in Count One.

3.     As to Count One, the defendant, BRENT SHAFFER:

9

(a)     was previously convicted on or about April 10, 2007, in the Criminal Division of the Clearfield County Court of Common Pleas, Commonwealth of Pennsylvania, at Docket Number CP-17-CR-0001113-2006, of Delivery, Manufacture, or Possession with Intent to Deliver or Manufacture a Controlled Substance, in violation of 35 P.S. § 780-113 § (a)(30);

(b)     served a term of imprisonment of more than twelve months for the offense described in Subparagraph 3(a); and

(c)     was released from any term of imprisonment for the offense described in Subparagraph 3(a) within fifteen years of the commencement of the offense charged in Count One.

4.     As to Count One, the defendant, DARNELL SMITH:

(a)     was previously convicted on or about October 13, 2009, in the Criminal Division of the Allegheny County Court of Common Pleas, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0001355-2008, of Delivery, Manufacture, or Possession with Intent to Deliver or Manufacture a Controlled Substance, in violation of 35 P.S. § 780-113 § (a)(30) and on or about March 11, 2015 in the Criminal Division of the Allegheny County Court of Common Pleas, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0014505-2014, of Delivery, Manufacture, or Possession with Intent to Deliver or Manufacture a Controlled Substance, in violation of 35 P.S. § 780-113 § (a)(30);

(b)     served terms of imprisonment of more than twelve months for each of the offenses described in Subparagraph 4(a); and

(c)     was released from any term of imprisonment for each of the offenses described in Subparagraph 4(a) within fifteen years of the commencement of the offense charged in Count One.

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts One, Two, Three, Four, Five, and Six of this Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeitures pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), 853(p), Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

2.      Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense at Counts One, Three, Four or Six of the Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense at Count Two of the Indictment,, the defendants, DEREK HILLEBRAND, GEORGE CHARLAN, YUSUF ADEKUNLE, MARCO ARMENTA, SILVIA AYALA, FRANCISCO BARBA, AMY BORTOT, BRANDON CODER, TERRENCE DOUGHERTY, DARREN DOUGLAS, MARCO GALVEZ, CHAD GASBARRE, DANIELLE GILLAM, KENNETH GILLAM, MORGAN GREGORY, DARRYL ISAACS, KRISTY LEPIONKA, CHRISTIAN MALDONADO, LISANDRA MALDONADO, ABEL PEREZ, JEFFREY PETERS, MEGAN PYNE, ARMANDO RAZO JR., a/k/a ARMADO RAZO JR., CHRISTOPHER ROBERTSON, BRENTON RYANS, RYAN SCHOENING, BRENT SHAFFER, CHRISTINA SHAFFER, MELVIN SHELANDER, DARNELL SMITH, TAYLOR THOMAS, JUAN VILLAGRAN, JOSE VILLALOBOS, JAMES WHITE, JAMES WILLIAMS JR., TRAVIS WILLIAMS, and JUSTIN ZERUTH, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including but not limited to the following property:

11

a.    The property located at 1280 Grays Creek Rd., Grants Pass, Oregon 97527;

b.    $545.11 in United States currency, seized from Morgan Gregory on October 8, 2020;

c.    $60,780 in United States currency, seized from a UPS parcel with tracking number 1ZX299114404380011 on May 14, 2021;

d.    a Smith and Wesson M&P Body Guard .380 pistol, bearing serial number KTF5190, and .380 Auto Smith and Wesson ammunition contained therein, seized from Justin Zeruth on May 24, 2021; and

e.    $15,153.16 in United States currency, seized from Christina Shaffer on July 20, 2021;

3.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

4.    Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of the offense at Count Five of the Indictment, the defendant, JUSTIN ZERUTH, shall forfeit to the United States the firearm alleged in that count,

as well as any ammunition contained therein, which were involved in the commission of the

offense:   one Smith and Wesson M&P Body Guard .380 pistol bearing serial number KTF5190,

and .380 Auto Smith and Wesson ammunition contained therein, seized on May 24, 2021.


A True Bill,


_____
Foreperson


_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108


13